1030

No. 84–6106. GRAVELY v. HOLLAND, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–6289. MCCOY v. GORDON, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied. .

No. 84–6346. LEE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. .

No. 84–6377. COATES v. UNITED STATES. Ct. App. D. C. Certiorari denied. .

No. 84–6412. FRANCO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. .

No. 84–6567. HOWARD v. UNITED STATES. C. A. 10th Cir. Certiorari denied. .

No. 84–6643. SMITH v. CONNECTICUT PAROLE BOARD ET AL. C. A. 2d Cir. Certiorari denied. .

No. 84–6644. WILSON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. .

No. 84–6655. JOHNSON v. GENERAL MOTORS CORP. ET AL. C. A. 2d Cir. Certiorari denied. .

No. 84–6669. MATLACK v. WYOMING. Sup. Ct. Wyo. Certiorari denied. .

No. 84–6672. WESER v. MASCHNER, DIRECTOR, KANSAS STATE PENITENTIARY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–6678. WILLIAMS v. LENSING ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–6683. FRANKS v. BORDENKIRCHER, WARDEN. C. A. 4th Cir. Certiorari denied. .

No. 84–6686. LARSON v. MULCRONE ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–6687. FORD v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 84–6688. BOWIE v. CADY ET AL. C. A. 7th Cir. Certiorari denied. .